*Willie J. Davis* for the petitioner.


ROMIULES BONILLA *vs.* COMMONWEALTH. October 13, 2011. *Practice, Criminal,* Interlocutory appeal, Motion to suppress. *Supreme Judicial Court,* Appeal from order of single justice.

Romiules Bonilla (defendant), facing multiple drug charges in the Superior Court, moved to suppress the evidence. A judge in the Superior Court denied his motion. The defendant next applied to a single justice of this court for leave to pursue an interlocutory appeal from the suppression ruling. See Mass. R. Crim. P. 15 (a) (2), as appearing in 422 Mass. 1501 (1996). The single justice denied the application. The defendant now purports to appeal to the full court from the single justice's ruling.

This "appeal" is not properly before us. "Neither the Commonwealth nor a defendant may appeal to the full court from a single justice's denial of an application for leave to pursue an interlocutory appeal." *Cowell* v. *Commonwealth*, 432 Mass. 1028, 1028 (2000). The defendant can challenge the suppression ruling in a direct appeal, after trial, if he is convicted.

*Appeal dismissed.*

The case was submitted on the papers filed, accompanied by a memorandum of law.

*Romiules Bonilla*, pro se.